THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW VAUGHN, Appellant.—

Judgment affirmed. Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.